No. 05–8347.  BOLTON *v.* REED, WARDEN, ET AL. (two judgments).  C. A. 10th Cir.  Certiorari denied.

No. 05–8348.  BEAIRD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8351.  BAILEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8352.  ALCIDE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8353.  SHEFFIELD *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 05–8355.  RODRIGUEZ-GUTIERREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8356.  SALAS *v.* UNITED STATES; TORRES-VASQUEZ *v.* UNITED STATES; SANCHEZ-FLORES *v.* UNITED STATES; GONZALEZ-SANDOVAL *v.* UNITED STATES; and COVARRUBIAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8357.  SANDERS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 05–8358.  CARILLO-BELTRAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–8359.  CARILLO-BANUELOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8360.  DAVIS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 05–8361.  SMITH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–8362.  MCNEILL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8363.  ZAMMIT *v.* CITY OF NEW BALTIMORE POLICE DEPARTMENT.  Ct. App. Mich.  Certiorari denied.